UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 25-cr-10430-FDS |
| HELCIO SPERANDIO | |
| Defendant | |

## DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the indictment filed on November 13, 2025, which charges the defendant with procuring the preparation or presentation of a false tax return; tax evasion; and wire fraud, in violation of 26 U.S.C. § 7206(2), 26 U.S.C. §7201, and 18 U.S.C. § 1343, respectively. In support of this dismissal, the government states that the defendant was removed from the United States on or about February 26, 2026, and this dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: March 19, 2026

By: /s/ Seth B. Kosto
SETH B. KOSTO
Assistant U.S. Attorney

Leave to File Granted:

Hon. F. Dennis Saylor IV
Senior United States District Judge